**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Luis Jimenez-Gonzales, | ) | CV 05-493 PHX NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maricopa County Board of Supervisors, et al., | ) | |
| Defendants. | ) | |

By order to show cause filed September 12, 2005 (doc. #15), this court ordered that within 30 days thereof plaintiff either pay the $132.22 balance of his filing fee then due or respond to that order in writing supplying various alternatives of information or assurances concerning payment or inability to pay the balance of the filing fee. Plaintiff has done none of the above. The order to show cause further warned plaintiff that if he failed to comply with that order, this action would be dismissed pursuant to Rule 41(b), Fed. R. Civ. P.

IT IS THEREFORE ORDERED that this action is dismissed for failure to pay the filing fee, and the clerk of the court is directed to terminate this action.

DATED this 28th day of October, 2005.

Neil V. Wake
United States District Judge